# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ODUM SERVICES, LLC, § <br>     *Plaintiff*, § <br> v. § <br> NAVIGATORS SPECIALTY § <br> INSURANCE COMPANY, EVEREST § <br> NATIONAL INSURANCE COMPANY, § <br> JOSE MANUAL SALOMON, and § <br> BRENDA SIMPSON, § <br>     *Defendant*. § | CIVIL ACTION NO. 2:24-CV-351-JRG-RSP |

## ORDER

Defendant Brenda Simpson and Plaintiff Odum Services, LLC filed Motions to Remand to State Court (Dkt. Nos. 7, 8). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 19) recommending that the Court grant Simpson's and Odum's Motions to Remand. Defendants Navigators Specialty Insurance Company and Everest National Insurance Company filed objections to the Report and Recommendation (Dkt. Nos. 20, 21).

After conducting a *de novo* review of the briefing on the Motions to Remand, the Report and Recommendation, and the briefing on Navigators' and Everest's Objections, the Court agrees with the reasoning provided within the Report and Recommendation. Consequently, the Court **OVERRULES** Navigators and Everest's Objections, **ADOPTS** the Report and Recommendation, **GRANTS** the Motions to Remand (Dkt. Nos. 7, 8), and **REMANDS** the above-captioned case to the County Court at Law for Harrison County, Texas. All pending requests for relief in the above-captioned case not explicitly granted herein are **DISMISSED AS MOOT**.

**So ORDERED and SIGNED this 28th day of March, 2025.**

                                               _____
                                               RODNEY GILSTRAP
                                               UNITED STATES DISTRICT JUDGE